No. 94–7523. BROOKINGS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–7528. DIXON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–7536. CARTER v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 94–7537. MAYES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–7542. CHAMBERS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 94–7543. JACKSON v. ROCHESTER HOUSING AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7545. BOND v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 94–7551. COOPER v. RIGGS ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7556. SPENCER v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–7558. PLEDGER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7567. BROOKS v. FORD MOTOR CO. C. A. 5th Cir. Certiorari denied.

No. 94–7571. SLAVIN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 94–7592. OLLIE v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG. C. A. 3d Cir. Certiorari denied.

No. 94–7593. WATKINS v. DiPAOLO, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.